[This opinion has been published in *Ohio Official Reports* at 81 Ohio St.3d 1257.]

OFFICE OF DISCIPLINARY COUNSEL *v.* DUKAT.

[Cite as *Disciplinary Counsel v. Dukat*, 1998-Ohio-486.]

(No. 96-2781—Submitted and decided March 23, 1998.)

ON APPLICATION FOR REINSTATEMENT.

———————————

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent James C. Dukat, a.k.a. James Charles Dukat, Attorney Registration No. 0010176, last known address in Ashland, Ohio.

{¶ 2} The court coming now to consider its order of July 16, 1997, wherein the court, pursuant to Gov.Bar R. V(6)(B)(3), suspended respondent for a period to be coextensive with the probationary period he was serving for his federal felony conviction, and its order of September 9, 1997, wherein the court granted respondent's motion for reconsideration and ordered that his suspension be coextensive with his new federal probationary period that ended July 22, 1997, finds that respondent has substantially complied with those orders and with the provisions of Gov.Bar R. V(10)(A). Therefore,

{¶ 3} IT IS ORDERED by this court that James C. Dukat, a.k.a. James Charles Dukat, be and hereby is, reinstated to the practice of law in the state of Ohio.

{¶ 4} IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

{¶ 5} For earlier cases, see *Disciplinary Counsel v. Dukat* (1997), 79 Ohio St.3d 189, 680 N.E.2d 972; and *Disciplinary Counsel v. Dukat* (1997), 79 Ohio St.3d 1495, 683 N.E.2d 1150.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____